UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DAVID NEWTON,

                       Plaintiff,                    16-cv-5089 (PKC)

       -against-
                                               <u>ORDER</u>

UNITED STATES OF AMERICA,

                       Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

         No party having responded to the Court's July 15, 2020 Order to Show Cause, plaintiff's motion is denied and dismissed as moot.  The Clerk shall close the case.


        SO ORDERED.

                                       _____
                                           P. Kevin Castel
                             United States District Judge

Dated:  New York, New York
         August 4, 2020